U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 24 2015

TONY R. MOORE, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ARNOLD | CIVIL ACTION NO. 15-1734 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| UNITED STATES, et al | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order, doc. #2, is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 20 day of November, 2015.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT